USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    MISDEMEANOR INFORMATION

    - v. -                        :    07 Cr.

DEBORAH PICKETT,                 :
    a/k/a "Deborah Plante,"            **07 CRIM 1084**
                                 :
    Defendant.
                                 :
- - - - - - - - - - - - - - - - x

### COUNT ONE

The United States Attorney charges:

From at least in or about October 2003, up to and including in or about April 2007, within the Southern District of New York and elsewhere, DEBORAH PICKETT, a/k/a "Deborah Plante," the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin and convert to her use and the use of another, and without authority, did sell, convey and dispose of money and things of value of the United States and a department and agency thereof, namely, the United States Social Security Administration, with an aggregate value that did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, PICKETT unlawfully converted to her own use Social Security benefits that were intended for another individual.

    (Title 18, United States Code, Section 641.)

*Michael J. Garcia*
_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DEBORAH PICKETT,
a/k/a "Deborah Plante,"

Defendant.

Misdemeanor Information
    07 Cr. (___)

(18 U.S.C. § 641)


                    MICHAEL J. GARCIA
                 United States Attorney.